# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 7904
LIMBWOOD, A NEVADA LIMITED
LIABILITY COMPANY,

Appellant,

vs.

ELKHORN COMMUNITY
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION; AND ATC
ASSESSMENT COLLECTION GROUP,
A FOREIGN LIMITED LIABILITY
COMPANY,

Respondents.

No. 84429

**FILED**

AUG 09 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Gloria Sturman, District Judge
Persi Mishel, Settlement Judge
Roger P. Croteau & Associates, Ltd.
Brandon E. Wood
Leach Kern Gruchow Anderson Song/Las Vegas
Eighth District Court Clerk

22-24912